IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 21449

In the Matter of DENNIS JAMES BONNER,
*Respondent.*


ORDER OF DISBARMENT


In a letter signed September 1, 2016, addressed to the Clerk of the Appellate Courts, respondent Dennis James Bonner, an attorney admitted to the practice of law in the state of Kansas, voluntarily surrendered his license to practice law in Kansas, pursuant to Supreme Court Rule 217 (2015 Kan. Ct. R. Annot. 390).

At the time the respondent surrendered his license, two complaints had been docketed by the office of the Disciplinary Administrator for investigation. The complaints alleged that the respondent violated Kansas Rules of Professional Conduct 1.1 (2015 Kan. Ct. R. Annot. 442) (competence); 1.3 (2015 Kan. Ct. R. Annot. 461) (diligence); 1.4 (2015 Kan. Ct. R. Annot. 482) (communication); 1.15 (2015 Kan. Ct. R. Annot. 556) (safekeeping property); 1.16 (2015 Kan. Ct. R. Annot. 572) (terminating representation); and 8.4 (c) and (d) (2015 Kan. Ct. R. Annot. 672) (misconduct).

This court, having examined the files of the office of the Disciplinary Administrator, finds that the surrender of the respondent's license should be accepted and that the respondent should be disbarred.

IT IS THEREFORE ORDERED that Dennis James Bonner be and he is hereby disbarred from the practice of law in Kansas, and his license and privilege to practice law are hereby revoked.

1

IT IS FURTHER ORDERED that the Clerk of the Appellate Courts strike the name of Dennis James Bonner from the roll of attorneys licensed to practice law in Kansas.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to the respondent, and that the respondent forthwith shall comply with Supreme Court Rule 218 (2015 Kan. Ct. R. Annot. 401).

Dated this 13th day of September, 2016.